UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VINCENT PORTOMERIE,<br><br>        Plaintiff,<br><br>  v.<br><br>SNOHOMISH COUNTY CORRECTIONS,<br><br>        Defendant. | NO. C14-1276-RAJ<br><br>ORDER OF DISMISSAL |

The Court, having reviewed the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, any objections or responses to that, and the remaining record, finds and Orders as follows:

1. The Court ADOPTS the Report and Recommendation;

2. Plaintiff's complaint and this action are DISMISSED without prejudice for failure to prosecute and for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B).

3. The Clerk shall send a copy of this Order to plaintiff and to Judge Donohue.

ORDER OF DISMISSAL - 1

DATED this 3rd day of February, 2015.

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 2